CJF7.26.19
PCM/BKM: USAO 2019R00366

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. *ELH-19-0369* |
| | * | |
| CARL SOMERLOCK, | * | (Possession of Machine Gun, 18 U.S.C. |
| | * | § 922(o); Possession of Unregistered |
| Defendant. | * | Firearm, 26 U.S.C. § 5861(d); |
| | * | Possession of Firearm Unidentified by |
| | * | Serial Number, 26 U.S.C. § 5861(i); |
| | * | Forfeiture, 18 U.S.C. § 924(d), 26 |
| | * | U.S.C. § 5872, 28 U.S.C. § 2461(c)) |
| | * | |

*******

## INDICTMENT

### COUNT ONE
### (Possession of Machine Gun)

The Grand Jury for the District of Maryland charges that:

On or about March 31, 2019, in the District of Maryland, the defendant,

## CARL SOMERLOCK,

knowingly possessed a machine gun, that is: a Glock-type firearm, unknown manufacturer, 9mm Luger caliber, containing a machine gun-conversion device, bearing no serial number; and two M16-type, unknown manufacturer, .223 Remington caliber firearms bearing no serial number; in violation of Title 18, United States Code, Section 922(o).

18 U.S.C. § 922(o)

## COUNT TWO
### (Possession of Unregistered Firearm)

The Grand Jury for the District of Maryland further charges that:

On or about March 31, 2019, in the District of Maryland, the defendant,

### CARL SOMERLOCK,

unlawfully and knowingly possessed a firearm as defined in 26 U.S.C. §§ 5845(a) and 5845(b), that is, a Glock-type firearm, unknown manufacturer, 9mm Luger caliber, containing a machine gun-conversion device, bearing no serial number; two M16-type, unknown manufacturer, .223 Remington caliber firearms bearing no serial number; and a cylindrical device, no manufacturer marks or serial number, capable of diminishing the sound report of a portable firearm, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5845(a), 5845(b), 5861(d), and 5871, and Title 18, United States Code, Section 921(a)(23) and 921(a)(24).

26 U.S.C. § 5841
26 U.S.C. § 5845(a)
26 U.S.C. § 5845(b)
26 U.S.C. § 5861(d)
26 U.S.C. § 5871
18 U.S.C. § 921(a)(23)
18 U.S.C. § 921(a)(24)

## COUNT THREE
### (Possession of Firearm Unidentified by Serial Number)

The Grand Jury for the District of Maryland further charges that:

On or about March 31, 2019, in the District of Maryland, the defendant,

### CARL SOMERLOCK,

knowingly received and possessed a firearm, to wit: a Glock-type firearm, unknown manufacturer, 9mm Luger caliber, containing a machine gun-conversion device, bearing no serial number; two M16-type, unknown manufacturer, .223 Remington caliber firearms bearing no serial number; and a cylindrical device, no manufacturer marks or serial number, capable of diminishing the sound report of a portable firearm, not identified by a serial number, in violation of Title 26, United States Code, Sections 5845(a), 5845(b), 5861(i), and Title 18, United States Code, Section 921(a)(23) and 921(a)(24).

26 U.S.C. § 5845(a)
26 U.S.C. § 5845(b)
26 U.S.C. § 5861(i)
26 U.S.C. § 5871
18 U.S.C. § 921(a)(23)
bm18 U.S.C. § 921(a)(24)

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1.      Pursuant to Fed. R. Crim. P. Rule 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence, in accordance with Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Title 26 United States Code, Section 5872, in the event of the defendant's conviction under Counts One through Four of this Indictment.

2.      As a result of the offenses alleged in Counts One through Three of this Indictment, the defendant,

### CARL SOMERLOCK,

shall forfeit to the United States the firearms involved in the commission of the offense.

18 U.S.C. § 924(d)
26 U.S.C. § 5872
28 U.S.C. § 2461(c)

Robert K. Hur
United States Attorney

A TRUE BILL:

# SIGNATURE REDACTED

Foreperson

30 JUL 19

Date

4